IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAHED U.M. KHAN, and SYEDA KHAN,

Plaintiffs,

vs.

COOPER INDUSTRIES, INC.

Defendant.

Civil Action No. 2:07-cv-00861

Electronically Filed

**ORDER OF COURT**

AND NOW, to-wit, this 6th day of March, 2008, upon consideration of the Motion for Remand filed on behalf of the Plaintiffs, Shahed U.M. Khan and Syeda Khan, it is hereby that this case is remanded to the Court of Common Pleas of Allegheny County, Pennsylvania.

_____
UNITED STATES DISTRICT JUDGE